| | |
|---|---|
| ANSEL P. STREET,<br>        Plaintiff,<br>    v.<br>MRS. HARRISON; CHAPLIN SPEERS;<br>CHAPLIN MONTGOMERY; LT.<br>SESSIONS; G.J. BRANKER,<br>        Defendants. | **Judgment in a Civil Case**<br><br>Case Number: 5:10-CT-3172-BO |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the defendants' motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that defendants' motion to dismiss is granted and this action is hereby dismissed.

This Judgment Filed and Entered on January 13, 2012, with service on:
Ansel P. Street 0646255, Central Prison, 1300 Western Blvd., Raleigh, NC 27606 (via U.S. Mail)
Joseph Finarelli (via CM/ECF Notice of Electronic Filing)


January 13, 2012                                        /s/ Dennis P. Iavarone
                                                        Clerk


Raleigh, North Carolina